**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CR. No.  2:25-cr-20340-SHL** |
| | ) | |
| JOSEPH KUYKENDALL, | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS INDICTMENT**

---

COMES NOW, the United States of America, by and through D. Michael Dunavant, United States Attorney, and Regina M. Brittenum, Assistant United States Attorney for the Western District of Tennessee and respectfully moves this Court to dismiss the indictment (ECF 1) in the above-styled case without prejudice.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

By:   /s/ *Regina M. Brittenum*
Regina M. Brittenum
Assistant United States Attorney
Tenn. BPR 035357
167 N. Main Street, Suite 800
Memphis, TN 38103
901-544-4231
Regina.Brittenum@usdoj.gov

1